SAMUEL C. PULIS, Respondent, *v.* EDWARD A. SCHMIDT, Appellant.

*Pulis* v. *Schmidt*, 146 App. Div. 939, affirmed.
(Submitted November 24, 1913; decided December 9, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*James B. Henney* for appellant.

*Eugene L. Parodi* and *Benjamin F. Schreiber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CUDDEBACK and HOGAN, JJ. Absent: WERNER, J. Not sitting: MILLER, J.